## Commonwealth *v.* Miller, Appellant.

Argued March 10, 1975. *John W. Thompson, Jr.,* with him *Shoemaker & Thompson,* for appellant; *Morrison B. Williams,* Deputy District Attorney, with him *Richard H. Horn,* Assistant District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Millrood, Appellant.

Argued March 20, 1975. *Donald J. Goldberg,* with him *Michael J. Perezous, Oscar Spivack,* and *Xakellis, Perezous & Mangiovi,* and *Spivack, Dranoff & Shaw,* for appellant; *J. Kenneff,* with him *Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.